UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHELBY HINKLEY,<br><br>              Movant,<br>v.<br><br>LIBERTY POWER CORP., LLC,<br>LIBERTY POWER HOLDINGS, LLC,<br>Delaware limited liability companies,<br><br>              Respondents. | No.<br><br>**NOTICE OF MOTION AND MOTION FOR BY NON-PARTY SHELBY HINKLEY FOR PROTECTIVE ORDER QUASHING RESPONDENTS' SUBPOENA FOR DEPOSITION** |

       PLEASE TAKE NOTICE that Non-Party Shelby Hinkley ("Hinkley") will move this Honorable Court, the United States District Court for the District of Maine, at Margaret Chase Smith Courthouse is located at 202 Harlow Street, Bangor, Maine 04401 at a time and date to be set by this Court for a protective order and order quashing the deposition subpoena served by Liberty Power Corp., LLC and Liberty Power Holdings, LLC ("Liberty").

       Hinkley is married to Samuel Katz. Mr. Katz is a plaintiff in a class action against Liberty, captioned *Katz v. Liberty Power Corp., LLC*, No. 18-10506 (D. Mass.), pending in the District of Massachusetts. Within days after Katz filed an amended complaint which adduced evidence of hundreds of telemarketing complaints against Liberty, Liberty reacted with a variety of conduct including serving two subpoenas on Hinkley.

       Hinkley objected to the subpoenas' requests for documents, and now seeks relief with respect to its notice of deposition. (This Motion only seeks relief with respect to the deposition.) This Court is the proper venue for Hinkley's motion. *See* Fed. R. Civ. P. 26(c)(1); Fed. R. Civ. P. 45(d)(3)(A). Counsel have met and conferred several times on Liberty's subpoenas, and have exchanged correspondence regarding their respective positions. The parties have failed to resolve their dispute on their own. Based on the current record, Hinkley has to infer Liberty's

justifications for the subpoenas are pretextual—Liberty served subpoenas on Hinkley to intimidate Katz and chill his representation of the class in the *Katz v. Liberty Power* case. The deposition subpoena should be quashed outright, and the Court should order Liberty to obtain leave of Court to serve further subpoenas against Hinkley or her family. In the event that the Court decides not to quash the deposition entirely, Hinkley seeks substitute relief including (1) requiring Hinkley's deposition be taken by telephone; and (2) deferring Hinkley's deposition until after Katz's deposition. Hinkley also reserves the right to seek fees incurred in bringing this Motion; fees are appropriate on this record, but the record might materially change.

This Motion is based upon this Notice, the accompanying Memorandum of Law, the accompanying Declarations of Ethan Preston and Shelby Hinkley, and any oral argument and other evidence presented prior to or at the hearing on this matter; evidence of which the Court may or must take judicial notice, and any other evidence that the Court may wish to consider.

Dated: August 30, 2018    By:    /s/Judy Potter
                                                          Judy Potter, Esq.
                                                          Bar No. 694
                                                          Law Offices of Judy Potter P.A.
                                                          356 Spurwink Avenue
                                                          Cape Elizabeth, Maine 04107
                                                          Telephone: (207) 799-5453
                                                          Facsimile: (207) 799-8119
                                                          judy356@msn.com

                                                          Yitzchak H. Lieberman (pro hac vice pending)
                                                          Grace E. Parasmo (pro hac vice pending)
                                                          Parasmo Lieberman Law
                                                          7400 Hollywood Boulevard, Suite 505
                                                          Los Angeles, California 90046
                                                          Telephone: (917) 657-6857
                                                          Facsimile: (877) 501-3346

                                                          Ethan Preston (pro hac vice pending)
                                                          Preston Law Offices
                                                          4054 McKinney Avenue, Suite 310

                Dallas, Texas 75204
                Telephone: (972) 564-8340
                Facsimile: (866) 509-1197

                *Attorney for Movant*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 30, 2018, I electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

and I hereby certify that on Aguust 30, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Movant will make personal service of these case-initiating documents on Respondents under Federal Rule 4.


Dated: August 30, 2018     By:    /s/Judy Potter_____
                                        Judy Potter, Esq.
                                        Bar No. 694
                                        Law Offices of Judy Potter P.A.
                                        356 Spurwink Avenue
                                        Cape Elizabeth, Maine 04107
                                        Telephone: (207) 799-5453
                                        Facsimile: (207) 799-8119
                                        judy356@msn.com

                                        *Attorney for Movant*