UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHELBY HINKLEY, | DECLARATION OF SHELBY HINKLEY IN SUPPORT OF HER MOTION FOR PROTECTIVE ORDER |
| Movant, | |
| v. | |
| LIBERTY POWER CORP., LLC, LIBERTY POWER HOLDINGS, LLC, Delaware limited liability companies, | |
| Respondents. | |

### DECLARATION OF SHELBY HINKLEY

Shelby Hinkley hereby declares:

1. My name is Shelby Hinkley. I am over the age of eighteen and am fully competent to make this declaration. I am married to Samuel Katz. I have personal knowledge of all of the facts set forth in this declaration and could testify thereto if called to do so, except where specifically stated otherwise.

2. I live in Dover-Foxcroft, Maine. My family and I moved to Dover-Foxcroft in August 2017. Before that, we lived in a different house in Massachusetts. I am the mother of three small children who live with me. All of my children are under the age of four; I need to be present with and available to my children around the clock. I have the primary responsibility for taking care of my children and maintaining my household. This responsibility occupies most of waking time. Until about two months ago, my youngest child required near-constant attention; I believe my child suffered from colic.

3. In order to attend a deposition in Bangor, I would need to arrange substitute child care for the duration of the deposition, as well as the time to travel to Bangor and back. It takes me an hour (maybe fifty minutes in good traffic) to drive from Dover-Foxcroft to Bangor, and

another fifty minutes to drive from Bangor back to Dover-Foxcroft. Our family has only one car capable of driving to Bangor. It would be a significant hardship for my family and I to arrange and provide for substitute child care, to occupy the use of our reliable car, and for me to leave my children for several hours.

4.   I understand Liberty Power Corp. LLC identified five telephone numbers in their August 9, 2018 letter to the federal court in the District of Massachusetts: 774-462-XXXX; 617-997-XXXX; 508-966-XXXX; 508-966-YYYY; and 978-877-XXXX. My spouse's personal cell phone is 617-997-XXXX. Based on the area code and the next three digits, I believe the telephone numbers starting 508-966 are from Bellingham, Massachusetts. Except as explained in the prior two sentences, I do not know or recognize the telephone numbers listed in this paragraph. We had a landline handset in our house in Massachusetts to ensure we could reliably call 911. I may have used that landline on rare occasions, but I do not specifically recall using the landline and I do not know the telephone number for that landline. Since 2013, the only telephone number I have given for others to call me is my personal cellular phone.

5.   I am aware of the lawsuit titled *Katz v. Royal Seas, Inc.*, No. 1666CV000158 (Mass. Tr. Court, Milford Dist. Ct. Div.) I do not recall reviewing the *Royal Seas* complaint before June 28, 2016 (the date it was evidently filed). In fact, I do not recall reviewing the *Royal Seas* complaint until August 26, 2018 (shortly before I signed this declaration). The *Royal Seas* complaint states in paragraph 5 (on page 4) that the 978-877-XXXX telephone number is a cell phone, but above paragraph 23 (on page 6) that the 978 number is a landline. This has to be an error, because a telephone number cannot be both a cell phone and landline at the same time.

6.   I received some calls from Royal Seas on my personal cell phone. Other than that, anything I know about the *Royal Seas* litigation comes from confidential communications with

my spouse. (It is possible I had some communication with my attorney in the *Royal Seas* litigation, John Fink, but I do not specifically recall those communications or indeed that I actually communicated directly with Mr. Fink.) Most of my communications with my spouse are confidential and do not occur in the presence of any third parties. Additionally, my children are not old enough to understand my communications with my spouse.

7. **Certification:** Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 27, 2018     By: _____
                               Shelby Hinkley