# EXHIBIT 3

Exhibits to Preston Declaration

**Subject:** RE: Florida Civil Action - Acceptance of Service of Process
**From:** "Charles A. Zdebski" <CZdebski@eckertseamans.com>
**Date:** 07/18/2018 03:39 PM
**To:** Ethan Preston <ep@eplaw.us>, Grace Parasmo <gparasmo@parasmoliebermanlaw.com>, "David C. Parisi" <dcparisi@parisihavens.com>, "mrm@mazieslater.com" <mrm@mazieslater.com>, John Fink <jfink@westborolawyer.com>, Suzanne <shavens@parisihavens.com>, Yitzchak Lieberman <ylieberman@parasmoliebermanlaw.com>, Matthew Mendelsohn <mrm@mazieslater.com>
**CC:** Craig Waksler <CWaksler@eckertseamans.com>, Pamela Rutkowski <prutkowski@eckertseamans.com>, "Robert J. Gastner" <rgastner@eckertseamans.com>, "Jeffrey P. Brundage" <JBrundage@eckertseamans.com>

Ethan:

I have been including Matt on communications since we received the amended complaint and will be sure to continue doing so.

I have already been down this road with you regarding service. You refused to accept. Please either agree to accept service and we will then provide you the as-filed complaint and summons, or confirm that you will not accept service and we will serve Mr. Katz in due course through the appropriate means.

Relative to Florida unlawful recording law, we are doing our due diligence on another potential complaint. Florida law is violated by any person who:

(c) Intentionally discloses, or endeavors to disclose, to any other person the contents of any wire, oral, or electronic communication, knowing or having reason to know that the information was obtained through the interception of a wire, oral, or electronic communication in violation of this subsection;

(d) Intentionally uses, or endeavors to use, the contents of any wire, oral, or electronic communication, knowing or having reason to know that the information was obtained through the interception of a wire, oral, or electronic communication in violation of this subsection; or . . . .

The word "contents" under Florida law, *"when used with respect to any wire, oral, or electronic communication, includes any information concerning the substance, purport, or*

*meaning of that communication."*

Ethan, the initial complaint provided as follows:

59. On or about January 5, 2018, Liberty Power's in-house counsel informed Mr. Katz that Liberty Power had two individual owners, and that every dollar that goes into Liberty Power goes into their wallets, so that every dollar that comes out of Liberty Power comes out their wallets, or words to that effect. On information and belief, Katz alleges Hernandez and Daire are the two individuals referenced by Liberty Power's in-house counsel.

The Amended Complaint provides as follows:

67. On or about January 5, 2018, Liberty Power's in-house counsel informed Mr. Katz that Liberty Power had two individual owners, and that every dollar that goes into Liberty Power goes into their wallets, so that every dollar that comes out of Liberty Power comes out their wallets, or words to that effect. On information and belief, Katz alleges Hernandez and Daire are the two individuals referenced by Liberty Power's in-house counsel.

It appears that Mr. Katz "intentionally disclose[d]" the "contents" of his illegally recorded conversation with Garson Knapp to, at the least, his counsel and his counsel then "intentionally disclose[d]" and/or "intentionally use[d]" the "contents" of those illegally recorded calls in the complaint, and perhaps in other ways.

The illegally recorded conversation appears to be document 183, produced by plaintiff as a .wav file in response to Defendants' RFPD No. 1.  The content of the conversation used and disclosed by Mr. Katz and his counsel appears to begin at 5:40 into the call.

My question is this:  Do you or Mr. Katz have a better recording of document 183?  It is a little hard to hear Garson Knapp.  We would like to more precisely confirm the accuracy of the contents of the sound recording.

We would appreciate any assistance you can provide regarding the recording.  And please let me know regarding acceptance of service of process.

Thank you.

~ **Charlie**

**Charles A. Zdebski, Esq.**
Energy | Telecommunications | Litigation | Regulated Industries |
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
1717 Pennsylvania Avenue, N.W.  •  Washington, DC 20006
Direct (202) 659.6605  |  Mobile (202) 277.3326
czdebski@eckertseamans.com
Bio V-Card

<dcparisi@parisihavens.com>, mrm@mazieslater.com <mrm@mazieslater.com>, John Fink <jfink@westborolawyer.com>, Suzanne <shavens@parisihavens.com>, Yitzchak Lieberman <ylieberman@parasmoliebermanlaw.com>
**Cc:** Craig Waksler <CWaksler@eckertseamans.com>, Pamela Rutkowski <prutkowski@eckertseamans.com>, Robert J. Gastner <rgastner@eckertseamans.com>, Jeffrey P. Brundage <JBrundage@eckertseamans.com>
**Subject:** Re: Florida Civil Action - Acceptance of Service of Process

Charles, our client is not going to authorize us to accept service unless he sees a copy of the complaint first. If you would please send that along to us, we can provide an informed response regarding our client's position. Thanks, Ethan

On 07/17/2018 03:29 PM, Charles A. Zdebski wrote:

> Counsel:
>
> Samuel Katz recorded at least two conversations with Garson Knapp, Associate General Counsel for Liberty Power, in violation of Florida law. He recently provided those recordings to defendants in discovery. For purposes of recording conversations, Florida is a two-party consent state. Mr. Katz, however, neither informed Mr. Knapp that he was recording the calls nor did he seek Mr. Knapp's consent.
>
> Liberty Power will be filing a civil action in Broward County, Florida against Mr. Katz for statutory damages, punitive damages and attorneys' fees. Please advise as soon as possible whether one of you is authorized to discuss resolution of this matter or, alternatively, authorized to accept service of process.
>
> Regards,
>
> ~ Charlie
>
> **Charles A. Zdebski, Esq.**
> Energy | Telecommunications | Litigation | Regulated Industries |
> **ECKERT SEAMANS CHERIN & MELLOTT, LLC**
> 1717 Pennsylvania Avenue, N.W. • Washington, DC 20006
> Direct (202) 659.6605 | Mobile (202) 277.3326
> czdebski@eckertseamans.com
> Bio V-Card
> age and any attachments without retaining a copy.
> ----------------------------------------------------------------