# EXHIBIT 4

Exhibits to Preston Declaration

|  | IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA |
|---|---|
| LIBERTY POWER CORP., LLC, ) | |
| ) | CASE NO. _____ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SAMUEL KATZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **PLAINTIFF LIBERTY POWER CORP., LLC'S COMPLAINT AGAINST SAMUEL KATZ**

Plaintiff Liberty Power Corp., LLC ("Liberty Power"), through its undersigned counsel of record, hereby states as follows for its Complaint against Defendant Samuel Katz ("Katz").

### **INTRODUCTION**

1. Katz is a serial plaintiff. He is currently involved in, or has recently been involved in, at least eleven separate pieces of litigation, some of them brought as purported class actions, many of them asserting consumer law claims and all of them using civil litigation to seek monetary recovery for Katz.

2. Against this background, Katz called and left two voicemail messages for Garson Knapp, Associate General Counsel for Liberty Power.

3. Twice, Mr. Knapp called Katz back. Twice, in good faith, Mr. Knapp discussed Katz's alleged claims against Liberty Power and request for payment with him, for about 15 minutes each time. And twice, Katz unlawfully recorded the entire conversation without even informing Mr. Knapp that he was doing so, much less obtaining his consent. Katz therefore