# EXHIBIT 12

Exhibits to Preston Declaration



Eckert Seamans Cherin & Mellott, LLC    TEL:  617 342 6800
Two International Place                 FAX:  617 342 6899
16th Floor
Boston, MA 02110

Craig R. Waksler
617-342-6890
cwaksler@eckertseamans.com

July 27, 2018

**Via Electronic Case Filing System**
The Honorable Allison D. Burroughs
Judge for the United States District Court for the District of Massachusetts
Joseph Moakley United States Courthouse
Courtroom No. 17, 5th Floor
1 Courthouse Way
Boston, Massachusetts 02210

      Re:    *Samuel Katz et al.*, v. *Liberty Power Corp., LLC, et al.*, No. 1:18-cv-10506
            Response to Plaintiffs' Discovery Letter

Dear Judge Burroughs:

      We represent the Defendants/Third-Party Plaintiffs in this case, Liberty Power Corp., LLC, and Liberty Power Holdings, LLC (collectively, "Defendants").  On July 26, 2018, Plaintiffs filed a letter with this Court pertaining to certain alleged potential discovery disputes between the parties (Docket No. 48), pursuant to the United States District Court Judicial Forum Survey, Question and Answer No. 15, which states your preference that the parties file letters in advance of motion practice.

      Please allow this letter to respectfully serve as notice to the Court that Defendants intend to file a letter responding to Plaintiffs' letter within 14 days, on or before August 9, 2018, relying for guidance on Local Rule 116.3(i), which allows an opposing party to respond to a discovery motion within 14 days of receipt.   In the interim, Defendants will continue the meet-and-confer process with Plaintiffs in an attempt to resolve and/or narrow any potential disputes.  The last meet-and-confer session between counsel was conducted on Tuesday, July 24th and Wednesday, August 1st has been reserved for the next session.

Sincerely,

*/s/ Craig R. Waksler*

Craig R. Waksler

{K0744691.1}