# EXHIBIT 14

Exhibits to Preston Declaration

**Subject:** Re: Follow Up to Meet and Confer Wednesday, August 1st
**From:** "Charles A. Zdebski" <CZdebski@eckertseamans.com>
**Date:** 08/04/2018 07:12 AM
**To:** Ethan Preston <ep@eplaw.us>, Pamela Rutkowski <prutkowski@eckertseamans.com>, "Jeffrey P. Brundage" <JBrundage@eckertseamans.com>, Matthew Mendelsohn <mrm@mazieslater.com>, Grace Parasmo <gparasmo@parasmoliebermanlaw.com>
**CC:** "David C. Parisi" <dcparisi@parisihavens.com>, John Fink <jfink@westborolawyer.com>, Suzanne <shavens@parisihavens.com>, "Yitzchak Lieberman" <ylieberman@parasmoliebermanlaw.com>, Craig Waksler <CWaksler@eckertseamans.com>, "Charles A. Zdebski" <CZdebski@eckertseamans.com>

I'm not sure that it matters where I got it, or that I have any obligation to tell you anything about my work product.

And perjury is perjury.

~ Charlie

Charles A. Zdebski. Esq.
Energy | Telecommunications | Regulated Industries | Litigation |
**ECKERT SEAMANS CHERIN & MELLOTT LLC**
1717 Pennsylvania Avenue, NW
Washington, DC 20006
Direct (202) 659-6605 | Mobile (202) 277-3326
czdebski@eckertseamans.com

---

**From:** Ethan Preston <ep@eplaw.us>
**Sent:** Saturday, August 4, 2018 7:59 AM
**To:** Charles A. Zdebski; Pamela Rutkowski; Jeffrey P. Brundage; Matthew Mendelsohn; Grace Parasmo
**Cc:** David C. Parisi; John Fink; Suzanne; Yitzchak Lieberman; Craig Waksler
**Subject:** Re: Follow Up to Meet and Confer Wednesday, August 1st

No, Charles. That's not right. We produced the public filings. There is no ECF stamp.

On 08/04/2018 06:46 AM, Charles A. Zdebski wrote:

> You produced it.
>
> ~ Charlie
>
> Charles A. Zdebski. Esq.
> Energy | Telecommunications | Regulated Industries | Litigation |
> **ECKERT SEAMANS CHERIN & MELLOTT LLC**
> 1717 Pennsylvania Avenue, NW
> Washington, DC 20006

Direct (202) 659-6605 | Mobile (202) 277-3326
czdebski@eckertseamans.com

**From:** Ethan Preston <ep@eplaw.us>
**Sent:** Saturday, August 4, 2018 7:44 AM
**To:** Charles A. Zdebski; Pamela Rutkowski; Jeffrey P. Brundage; Matthew Mendelsohn; Grace Parasmo
**Cc:** David C. Parisi; John Fink; Suzanne; Yitzchak Lieberman; Craig Waksler
**Subject:** Re: Follow Up to Meet and Confer Wednesday, August 1st

Charles,

We need to know how you obtained the deposition transcript from the Honda case. There was a stipulated protective order in that case, KATZ 000619-32, and it is obvious from the transcript itself that Mr. Katz's telephone number was confidential. Please advise.

Ethan

On 08/02/2018 11:36 AM, Charles A. Zdebski wrote:

> Counsel:
>
> I am writing to follow up on two items from yesterday's conference.
>
> - First, attached are the two documents I discussed related to Mr. Katz's telephone numbers.
> - Second, I confirm that we will update our document responses to address documents relevant to the two recently added plaintiffs, Braurman and Rhodes, by August 31st.
>
> Regards,
>
> ~ Charlie
>
> Charles A. Zdebski. Esq.
> Energy | Telecommunications | Regulated Industries | Litigation |
> **ECKERT SEAMANS CHERIN & MELLOTT LLC**
> 1717 Pennsylvania Avenue, NW
> Washington, DC 20006
> Direct (202) 659-6605 | Mobile (202) 277-3326
> czdebski@eckertseamans.com
> ------------------------------------------------------------------
> This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to