UNITED STATES DISTRIC COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SHELBY HINKLEY, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | 1:18-mc-00203-JCN |
| LIBERTY POWER CORP., LLC, | ) | |
| et al., | ) | |
| | ) | |
| Respondents | ) | |

**REPORT OF TELEPHONE CONFERENCE AND ORDER**

The Court held a telephonic conference on September 17, 2018, with the following counsel participating:

Grace E. Parasmo, Esq., for Movant.

Allison A. Ecomony, Esq., and Jeffrey P. Brundage, Esq., for Respondents.

The Court scheduled the conference to address a discovery issue regarding the subpoena for documents served upon Movant. For the reasons stated on the record, the Court orders:

1. On or before September 21, 2018, Respondents shall serve upon Movant, through her counsel,[1] a revised subpoena that more specifically identifies the documents Respondents seek through the subpoena.

2. On or before October 12, 2018, Movant shall respond to the subpoena by producing documents responsive to the requests for documents within the subpoena, asserting specific objections Movant might have to any of the requests, and identifying any documents Movant withholds from production based on any of the asserted objections.

---

[1] Attorney Parasmo agreed to accept service of the revised subpoena.

3. In the event Movant withholds documents based on the asserted objections and Respondents believe the documents should be produced, the parties shall confer, in accordance with District of Maine Local Rule 26(b), in a good faith attempt to resolve the issue.  If the parties are unable to resolve the issue, the parties may request a conference with the Court pursuant to Local Rule 26(b).

## NOTICE

Any objections to this order shall be filed in accordance with Federal Rule of Civil Procedure 72.

Dated this 18th day of September, 2018.         /s/ John C. Nivison
                                                U.S. Magistrate Judge